(17)



AO 455 (Rev. 5/85) Waiver of Indictment

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

MICHAEL DAVID MOORE

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 2062-LAB

I, MICHAEL DAVID MOORE, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 6/19/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUN 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

M D Moore
Defendant

Defense Counsel

Before
Judicial Officer